**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN H. TURNER, SB# 89627
　E-Mail: Stephen.Turner@lewisbrisbois.com
PATRIK JOHANSSON, SB# 231769
　E-Mail: Patrik.Johansson@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
WELTMAN, WEINBERG & REIS CO., LPA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RENEE OLLOQUE, MARIO OLLOQUE, AND MALLORY OLLOQUE, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL COLLEGIATE FUNDING, AND WELTMAN, WEINBERG & REIS CO., LPA, <br><br> Defendants. | CASE NO. <br><br> **NOTICE OF REMOVAL** <br><br><br> Trial Date:　　None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant WELTMAN, WEINBERG & REIS CO., LPA ("Defendant") hereby removes to this Court the state court action described below:

　　1.　　On or about March 4, 2016, an action was commenced in the Los Angeles County Superior Court, entitled *Renee Olloque, et al. v. National Collegiate Funding LLC,* case no. 16K02882.  A true and correct copy of Plaintiff RENEE OLLOQUE'S First Amended Complaint is attached hereto as Exhibit "A."

　　2.　　Defendant was served with said Complaint on June 16, 2016.  A true

4822-2768-0564.1

1

NOTICE OF REMOVAL

and correct copy of the Proof of service is attached hereto as Exhibit "B."

3.   This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

4.   Defendants are not aware of any other defendants that have been served in this matter.

DATED: July 7, 2016                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   /s/ Stephen H. Turner
Stephen H. Turner
Attorneys for Defendants,
WELTMAN, WEINBERG & REIS CO., LPA



4822-2768-0564.1

2

NOTICE OF REMOVAL