**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RENEE OLLOQUE, MARIO OLLOQUE, AND MALLORY OLLOQUE,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE FUNDING, AND WELTMAN, WEINBERG & REIS CO., LPA,<br><br>Defendants. | CASE NO. 2:16-CV-04967-CAS-GJSx<br><br>[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>The Hon. Christina A. Snyder<br>(Magistrate Judge Gail J. Standish)<br><br>Action Filed: 7/7/16<br>Trial Date: 11/21/17 |

IT IS HEREBY ORDERED that pursuant to the Joint Stipulation of the parties to dismiss the entire action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: October 6, 2017

*/s/ Christine A. Snyder*

The Honorable Christine A. Snyder

4837-5146-1969.1

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

LEWIS BRISBOIS